**1078-14**

# ELECTRONIC RECORD

COA # 05-12-01539-CR          OFFENSE: Homicide

STYLE: Morris Wayne Simons v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRM          TRIAL COURT: 204th Judicial District Court

DATE: 7/24/2014          Publish: NO          TC CASE #: F-0854622-Q

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Morris Wayne Simons v. The State of Texas          CCA #: **1078-14**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____STRUCK_____          JUDGE: _____

DATE: 12/10/2014          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

_PRO SE_ **PETITION**          JUDGE: _____

**FOR DISCRETIONARY REVIEW**

IS   REFUSED          **ELECTRONIC RECORD**

DATE   02/11/2015

_____

**JUDGE**